UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| ARTHUR JAMES ROGERS, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:07-CV-565 RM |
| | ) | |
| EDWARD BUSS, | ) | |
| | ) | |
| Respondent | ) | |

OPINION AND ORDER

Arthur James Rogers, a *pro se* prisoner, filed this habeas corpus petition attempting to challenge his written reprimand and loss of state pay imposed on July, 18, 2006 by the Indiana State Prison Disciplinary Hearing Board (DHB) in case number ISP 06-07-0106. A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). Neither a written reprimand, nor a loss of state pay lengthened the duration of Rogers' confinement, therefore these claims are not actionable in a habeas corpus proceeding.

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

SECTION 2254 HABEAS CORPUS RULE 4. This petition does not present any basis for habeas corpus relief, so it must be denied. For the foregoing reasons, this habeas corpus petition is DENIED.

SO ORDERED.

ENTERED: November  26 , 2007

                                               /s/ Robert L. Miller, Jr.
                                        Chief Judge
                                        United State District Court